UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RAYCO TRAYLOR,

          Plaintiff,

v.

SHANE JONES, LT.; BOLIN, Warden; TERRA M. O'CONNOR, LT.; VANDER-VEST, LT.; DOMINIC CASALENDA, LT.; TODD J. ANDERSON; RYAN J. BERTRAM; BRYAN F. DETTLOFF; JORDAN VIG, Officer; MIKE PAVLIETT; SCOTT GARY, SGT., sued in their individual and official capacities; MN DEPT. OF CORRECTIONS, sued in its individual and official capacities; DAN MOE, sued in their individual capacities; and POLASKI.

          Defendants.

Case No. 24-CV-4225 (PJS/ECW)

ORDER

Plaintiff Rayco Traylor brought this pro se § 1983 action alleging various violations of his constitutional rights by Minnesota state prison officials. This matter is before the Court on Traylor's objection to the March 18, 2025, Report and Recommendation ("R&R") of Magistrate Judge Elizabeth Cowan Wright. Judge Wright recommends dismissing Traylor's complaint without prejudice. After conducting a de

novo review, *see* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b), the Court overrules the objection and adopts the R&R.

## ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein,

IT IS HEREBY ORDERED THAT:

1. The objection [ECF No. 7] is OVERRULED and the R&R [ECF No. 6] is ADOPTED.

2. The complaint [ECF No. 5] is DISMISSED WITHOUT PREJUDICE.

3. Plaintiff's application to proceed *in forma pauperis* [ECF No. 2] is DENIED AS MOOT.

4. Plaintiff is ORDERED to pay the $350.00 statutory filing fee for this action in the manner prescribed by 28 U.S.C. § 1915(b)(2), and the Clerk of Court is DIRECTED to provide notice of this requirement to the authorities at the institution where plaintiff is confined.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 6, 2025

s/Patrick J. Schiltz
Patrick J. Schiltz, Chief Judge
United States District Court